In the Matter of the Claim of BEN CUTLER, Respondent, against J. L. HASS Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The employer and insurance carrier have appealed from an award in claimant's favor for total disability covering the period from June 21, 1935, to November 5, 1935, and for partial disability from November 5, 1935, to July 2, 1936. The sole question presented relates to the wage-earning capacity of the claimant. The Industrial Board found that during the period of partial disability claimant's earning capacity was twelve dollars and fifty cents per month and consequently fixed the weekly earning capacity at two dollars and eighty-eight cents per week. The evidence sustains the finding. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of Mrs. NORA PERRY, Appellant, against WILLIAMS-BURGH POWER PLANT CORPORATION, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the widow of deceased employee from a decision denying death benefits. Employee was an engineer. On March 30, 1932, a gauge glass upon a boiler exploded, and fine splinters of glass struck him in the face and in the left eye, for which injuries he was treated by a specialist. On April 11, 1932, while working, he collapsed on the floor of the engine room with a heart attack due to coronary thrombosis, and on December 23, 1932, died, the cause of death being chronic interstitial myocarditis with adhesive pericarditis. Appellant's objection is that death was the result of the accident. The Board has found upon sufficient medical testimony that the death had no relation to said injuries. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ETHLYN A. KELLY, Respondent, against INTER-BOROUGH RAPID TRANSIT COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The Board has made an award based upon the actual earnings of the deceased employee for the year preceding the accident. The action of the Board was correct. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.